UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
*In re:*                                                                     :
JENNIFER L. DYSON                                  :    CASE NO. 10-20226-BFK
CHARLES S. DYSON                                   :    CHAPTER 13
    Debtors                                                   :
_____

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Lois Ilaine Upton, counsel for Debtors, and moves this Honorable Court to enter an order allowing her to withdraw as counsel for Debtors, and in support of which states as follows:

1. The parties are divorced.

2. Jennifer Dyson has retained new counsel and intends to convert to Chapter 7 and surrender the former marital residence.

3. The interests of the parties are in conflict.

WHEREFORE, Lois Ilaine Upton moves this Honorable Court to allow her to withdraw as Counsel for Debtors.

/s/ Lois Ilaine Upton_____
Lois Ilaine Upton VSB 31153
Robert A. Ades & Associates, PC
5419-B Backlick Road
Springfield, Virginia 22151
(703) 642-9500 (phone)
(703) 750-0963 (fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2013, I served a true copy of this pleading via first class mail as follows:

Thomas P. Gorman, Esq.
Chapter 13 Trustee
300 N. Washington Suite 400
Alexandria, VA 22314

United States Trustee
115 South Union St., Suite 210
Alexandria, Virginia 22314

Jennifer Dyson
12715 Harborview Court
Woodbridge VA 22192

Charles Dyson
12703 Harborview Court
Woodbridge VA 22192

/s/ Lois Ilaine Upton_____