IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| *In re:* : | |
| JENNIFER L. DYSON : | CASE NO. 10-20226-BFK |
| CHARLES S. DYSON : | CHAPTER 13 |
|    Debtors : | |

### CONSENT ORDER WITHDRAWING LOIS ILAINE UPTON AND SUBSTITUTING MICHAEL R. STRONG AS COUNSEL FOR JENNIFER L. DYSON

This matter came before the Court on the Motion of Jennifer L. Dyson (hereinafter, "Mrs. Dyson") to Withdraw Lois Ilaine Upton and Robert A. Ades and Associates, and substitute Michael R. Strong and The Strong Law Firm, PLC, as Counsel for Mrs. Dyson. Mrs. Dyson has consented to such substitution. For reasons stated on the record and good cause shown, it is hereby

**ORDERED:**

1. Lois Ilaine Upton and Robert A. Ades and Associates shall be withdrawn as Counsel for Mr. and Mrs. Dyson.

2. Michael R. Strong and The Strong Law Firm, PLC, shall be substituted as counsel for Mrs. Dyson only.

The Clerk will mail a copy of this Order to all parties in interest.

Date: May 9 2013          /s/ Brian F. Kenney
                          Honorable Brian F. Kenney
                          United States Bankruptcy Judge

Notice of Judgment or Order entered on docket: May 9, 2013

WE ASK FOR THIS:

ROBERT A. ADES & ASSOCIATES, P.C.

By:     __/s/ Lois Ilaine Upton_____
Lois Ilaine Upton, VSB # 31153
5419B Backlick Road
Springfield VA 22151
(703) 642-9500
(703) 750-0963 (fax)
uptonlaw@gmail.com

THE STRONG LAW FIRM, P.C.

By: ____/s/ Michael R. Strong_____
Michael R. Strong, VSB # 19750
101 West Broad Street, Suite 110
Falls Church, VA 22046
(703) 204-2040
(703) 204-1979 (fax)
stronglawbk@gmail.com

## LOCAL RULE 9022-1 CERTIFICATION

   **I HEREBY CERTIFY** that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on the copy Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

 _/s/_Lois Ilaine Upton_____
Lois Ilaine Upton

 _/s/ Michael R. Strong_____
Michael R. Strong