IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA, VIRGINIA

_____

| | |
|---|---|
| *In re:* | : |
| JENNIFER L. DYSON | : CASE NO. 10-20226-BFK |
| CHARLES S. DYSON | : CHAPTER 13 |
|     Debtors | : |

_____

### CONSENT ORDER WITHDRAWING LOIS ILAINE UPTON AND SUBSTITUTING MICHAEL R. STRONG AS COUNSEL FOR JENNIFER L. DYSON

This matter came before the Court on the Motion of Jennifer L. Dyson (hereinafter, "Mrs. Dyson") to Withdraw Lois Ilaine Upton and Robert A. Ades and Associates, and substitute Michael R. Strong and The Strong Law Firm, PLC, as Counsel for Mrs. Dyson. Mrs. Dyson has consented to such substitution. For reasons stated on the record and good cause shown, it is hereby

**ORDERED:**

1. Lois Ilaine Upton and Robert A. Ades and Associates shall be withdrawn as Counsel for Mr. and Mrs. Dyson.

2. Michael R. Strong and The Strong Law Firm, PLC, shall be substituted as counsel for Mrs. Dyson only.

The Clerk will mail a copy of this Order to all parties in interest.

Date: May 9 2013          /s/ Brian F. Kenney
                                          Honorable Brian F. Kenney
                                          United States Bankruptcy Judge

Notice of Judgment or Order entered on docket: May 9, 2013

WE ASK FOR THIS:

ROBERT A. ADES & ASSOCIATES, P.C.

By:      \_\_/s/ Lois Ilaine Upton_____
Lois Ilaine Upton, VSB # 31153
5419B Backlick Road
Springfield VA 22151
(703) 642-9500
(703) 750-0963 (fax)
uptonlaw@gmail.com

THE STRONG LAW FIRM, P.C.

By:   \_\_\_/s/ Michael R. Strong_____
Michael R. Strong, VSB # 19750
101 West Broad Street, Suite 110
Falls Church, VA 22046
(703) 204-2040
(703) 204-1979 (fax)
stronglawbk@gmail.com

## LOCAL RULE 9022-1 CERTIFICATION

     **I HEREBY CERTIFY** that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on the copy Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

 /s/\_ Lois Ilaine Upton_____
Lois Ilaine Upton

 /s/ Michael R. Strong_____
Michael R. Strong

```
                           United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                                  Case No. 10-20226-BFK
Jennifer L. Dyson                                                       Chapter 13
Charles S. Dyson
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: voehle              Page 1 of 2              Date Rcvd: May 09, 2013
                              Form ID: pdforder         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2013.
```
db            +Jennifer L. Dyson,    12715 Harborview Ct.,    Woodbridge, VA 22192-2623
jdb           +Charles S. Dyson,    12703 Harborview Court,    Woodbridge, VA 22192-2623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2013**                    **Signature:** *Joseph Speetjens*

```
District/off: 0422-9           User: voehle                Page 2 of 2                   Date Rcvd: May 09, 2013
                               Form ID: pdforder           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2013 at the address(es) listed below:
          Dean R. Prober   on behalf of Creditor   BAC Home Loans Servicing, LP c/o Prober & Raphael, A Law
           Corporation cmartin@pprlaw.net
          Eric David White   on behalf of Defendant   Samuel I White, P.C. ewhite@siwpc.com,
           mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
           pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
          Eric David White   on behalf of Creditor   BAC Home Loans Servicing, L.P., fka Countrywide Home
           Loans Servicing, L.P. ewhite@siwpc.com,
           mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
           pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
          Lois Ilaine Upton   on behalf of Plaintiff Jennifer L.  Dyson uptonbknotices@gmail.com,
           adesbknotices@gmail.com;cacwood@gmail.com
          Lois Ilaine Upton   on behalf of Joint Debtor Charles S. Dyson uptonbknotices@gmail.com,
           adesbknotices@gmail.com;cacwood@gmail.com
          Lois Ilaine Upton   on behalf of Debtor Jennifer L.  Dyson uptonbknotices@gmail.com,
           adesbknotices@gmail.com;cacwood@gmail.com
          Lois Ilaine Upton   on behalf of Plaintiff Charles S. Dyson uptonbknotices@gmail.com,
           adesbknotices@gmail.com;cacwood@gmail.com
          Michael R. Strong   on behalf of Debtor Jennifer L.  Dyson
           strongbkecf@gmail.com;stronglawbk@gmail.com
          Thomas P. Gorman   ch13alex@gmail.com,  tgorman26@gmail.com
                                                                                                                    TOTAL: 9